UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LLOYD C. BREATLOVE, | ) |
|         Petitioner, | ) Case No. CV 05-289-GPS(AJW) |
| v. | ) |
| A.P. KANE, Warden, | ) JUDGMENT |
|         Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 1/14/08

_____
George P. Schiavelli
United States District Judge